1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  ALICIA A. BOWER, State Bar No. 287799
   Supervising Deputy Attorney General
3  ARTHUR B. MARK III, State Bar No. 220865
   ZACHARY GLANTZ, State Bar No. 298936
4  Deputy Attorneys General
     1300 I Street, Suite 125
5    P.O. Box 944255
     Sacramento, CA 94244-2550
6    Telephone: (916) 210-7345
     Fax: (916) 324-5205
7    E-mail: Arthur.Mark@doj.ca.gov
   *Attorneys for Defendant*
8  *M. Pallares*

9  Robert L. Chalfant, State Bar No. 203051
   ROBERT CHALFANT LAW, PC
10 13620 Lincoln Way, Suite 325
   Auburn, California 95603
11 Telephone:   (916) 647-7728
   Facsimile:   (916) 930-6093
12 Email: robert@rchalfant.com
   *Attorney for Plaintiff*
13 *Jane Doe # 7*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **JANE DOE #7,** | Case No. 1:24-cv-01047-JLT-SKO (PC) |
| Plaintiff, | **ORDER GRANTING STIPULATED MOTION TO STAY CASE PENDING EARLY ADR** |
| v. | |
| **GREG RODRIGUEZ, et al.,** | Judge:           Hon. Sheila K. Oberto<br>Trial Date:    None Set<br>Action Filed: September 3, 2024 |
| Defendants. | |

1

1   Plaintiff Jane Doe #7 and Defendant M. Pallares (the parties), by and through their
2   attorneys,[1] stipulate and jointly move this Court for an order staying this case and vacating
3   pending deadlines and hearings pending completion of early ADR in this case.  Good cause
4   supports the motion as follows.

5   The parties have conferred regarding early ADR and have agreed to private mediation of
6   this matter with the Hon. Magistrate Judge Newman (retired).  The mediation is currently
7   scheduled for December 17, 2024.  The parties anticipate the mediation will resolve this matter in
8   its entirety.  To allow the parties to devote time to preparing for settlement, the parties have
9   agreed that proceedings and discovery in this matter should be stayed and any pending deadlines
10  or hearings vacated.  The parties may, however, informally exchange information to facilitate
11  settlement and may seek a protective order for that purpose.

12  Accordingly, the parties jointly request that this matter be stayed and all pending deadlines
13  and hearings be vacated, including the mandatory scheduling conference currently set for
14  December 17, 2024, pending the completion of the mediation.

15  Dated:  October 24, 2024                         /s/ *Arthur B. Mark*

16                                                  Arthur B. Mark III
                                                    Deputy Attorney General
17                                                  *Attorneys for Defendant*
                                                    *M. Pallares*
18

19
20  Dated: October 24, 2024                         /s/ *Robert Chalfant*
                                                    as authorized 10/23/24
21                                                  Robert Chalfant
                                                    *Attorney for Plaintiff*
22                                                  *Jane Doe #7*

---

[1] Defendant Rodriguez has been served (ECF No. 13) but has not appeared in this action.  The Office of the California Attorney General does not currently and does not anticipate representing Rodriguez.

**ORDER**

Having reviewed the parties' stipulated motion and good cause appearing, **IT IS HEREBY ORDERED** that:

1. The parties' Stipulated Motion to Stay Case Pending Early ADR (Doc. 14) is **GRANTED**;
2. This action is **STAYED**, including all discovery, pending the completion of private mediation scheduled for December 17, 2024;
3. All pending deadlines are **VACATED**, including the December 17, 2024, initial scheduling conference;
4. The parties may informally exchange information to facilitate settlement and may seek a protective order for that purpose;
5. The parties **SHALL** file a status report and/or notice of settlement with the Court within fourteen days of the completion of mediation; and
6. The parties **SHALL** notify the Court, within seven days, in the event the December 17, 2024, mediation is not held, and shall advise the Court regarding any new date or changed circumstances.

IT IS SO ORDERED.

Dated:   **October 23, 2024**              /s/ *Sheila K. Oberto*
                                                            UNITED STATES MAGISTRATE JUDGE