UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE #7,<br><br>            Plaintiff,<br><br>      v.<br><br>GREG RODRIGUEZ, et al.,<br><br>            Defendants. | Case No.: 1:24-cv-01047-JLT-SKO<br><br>**ORDER GRANTING JOINT MOTION FOR PROTECTIVE ORDER TO FACILITATE EXCHANGE OF INFORMATION FOR PURPOSES OF PRIVATE MEDIATION AND ENTERING STIPULATED PROTECTIVE ORDER**<br><br>(Doc. 16) |

On November 1, 2024, the parties[1] filed a joint motion for protective order to facilitate the exchange of information for the purposes of private mediation scheduled for December 17, 2024. (Doc. 16.)

Pursuant to the stipulation of the appearing parties and good cause appearing, **IT IS HEREBY ORDERED** that:

1. The joint motion for protective order (Doc. 16) is **GRANTED**;
2. The stipulated protective order filed on November 1, 2024 (Doc. 16-1) is **ENTERED**;
3. The provisions of the parties' stipulation and this protective order shall remain in effect until further order of the Court;
4. The parties are advised that pursuant to this Court's Local Rules, any documents

---

[1] Plaintiff and Michael Pallares have agreed to the stipulation. As indicated in the filing, Defendant Greg Rodriguez has not appeared in this action. (Doc. 16 at 1-2.)

      which are to be filed under seal will require a written request which complies with Local Rule 141;

5. The party making the request to file documents under seal shall be required to show either good cause or compelling reasons to seal the documents, depending on the type of filing. *Pintos v. Pac. Creditors Ass'n*, 605 F.3d 665, 677-78 (9th Cir. 2009); *Ctr. for Auto Safety v. Chrysler Group*, LLC, 809 F.3d 1092, 1096-97 (9th Cir. 2016);

6. If a party's request to file protected material under seal is denied by the Court, the previously filed material shall be immediately accepted by the Court and become information in the public record and the information will be deemed filed as of the date that the request to file the protected information under seal was made.

IT IS SO ORDERED.

Dated:   **November 7, 2024**                    /s/ *Sheila K. Oberto*
                                                          UNITED STATES MAGISTRATE JUDGE