UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE #7,<br><br>            Plaintiff,<br><br>     v.<br><br>GREG RODRIGUEZ, et al.,<br><br>            Defendants. | Case No.: 1:24-cv-01047-JLT-SKO<br><br>**ORDER REGARDING STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>(Doc. 19) |

On January 3, 2025, the parties filed a Stipulation for Voluntary Dismissal with Prejudice. (Doc. 19.) The stipulation is signed and dated by Robert Chalfant, counsel for Plaintiff Jane Doe #7, and Zachary Glantz, counsel for Defendant M. Pallares, and indicates that each party shall bear its own litigation costs and attorney's fees.[1] (*Id.*)

Accordingly, this action is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(ii). The Clerk of the Court is directed to terminate all pending motions and deadlines and to close this case.

IT IS SO ORDERED.

Dated:   **January 6, 2025**                    /s/ *Sheila K. Oberto*
                                          UNITED STATES MAGISTRATE JUDGE

---

[1] Named defendant Greg Rodriguez did not appear in this action and is not represented by the Attorney General's Office.